**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FRANCIS PIERRE,                  :
                                 :
        Plaintiff,                :
                                 :
     v.                           : Civil Action No. 03-2636 (JR)
                                 :
COMMISSIONER OF SOCIAL SECURITY, :
                                 :
        Defendant.                :

**MEMORANDUM**

This is a long overdue ruling on defendant's motion for judgment of affirmance under Fed. R. Civ. P. 7(b)(1). Plaintiff's application for Supplemental Security Income (SSI) under Title XVI of the Social Security Act was denied at successive administrative levels and ultimately by the final decision of the Commissioner, for the simple reason that plaintiff's resources exceeded the $2,000 ceiling for eligibility for SSI payments.  42 U.S.C. §§ 1382(a)(1)(B), (a)(3)(B); 20 C.F.R. § 416.1205(c).  The amount of plaintiff's resources is established by his own statement that the value of his stock holdings was $8,000 (R. 51), but the record indicates that his assets indeed exceeded $15,000 (R. 62, 65, 70).  The plaintiff, who signs himself "Francis Pierre, CLC, MIM, TLC, Ph.D, self-proclaimed 'King Pierre,' 'the Emperor of Working-Decent Poor,' 'a.k.a. Santa Clauss,'" has no response to this except to assert that the law is unfair and unjust.  The motion for judgment of

affirmance will be granted by a separate order accompanying this memorandum.

                                        JAMES ROBERTSON
                                   United States District Judge